UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| Case No. | LA CV20-05297 JAK (SKx) | Date | February 1, 2021 |
|---|---|---|---|
| Title | Orlando Garcia v. North America Enterprise Investment Inc., et al. | | |

| Present: The Honorable | JOHN A. KRONSTADT, UNITED STATES DISTRICT JUDGE |
|---|---|
| T. Jackson | Lisa Gonzalez |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Raymond Ballister, Jr. | Ara Sahelian |

**Proceedings:** **DEFENDANT'S MOTION TO DISMISS (DKT. 11)**

**SCHEDULING CONFERENCE**

The motion hearing is held telephonically. Counsel, the Court, and court staff all appear in that manner. Recording or re-broadcasting of the proceedings is strictly prohibited. The Court states its tentative views that it is inclined to dismiss the Complaint with leave to amend (the "Motion"). Counsel address the Court. The Court adheres to its tentative views and orders the Complaint dismissed with leave to amend. A separate and more detailed order will be issued.

The scheduling conference is held. The Court confers with counsel regarding the status of the case. The Court has reviewed the parties' January 29, 2021 Joint Report and sets the following deadlines:

| | |
|---|---|
| March 15, 2021: | Last day to amend or add parties |
| June 23, 2021: | Last day to participate in a settlement conference/mediation |
| June 25, 2021: | Last day to file notice of settlement / joint report re settlement |
| July 12, 2021 at 1:30 p.m.: | Post Mediation Status Conference |
| October 18, 2021: | Non-Expert Discovery Cut-Off |
| November 1, 2021: | Initial Expert Disclosures |
| November 15, 2021: | Rebuttal Expert Disclosures |
| December 6, 2021: | Expert Discovery Cut-Off |
| December 6, 2021: | Last day to file All Motions *(including discovery motions)* |

The parties will be invited to submit proposed dates for the final pretrial conference and trial, if

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| Case No. | LA CV20-05297 JAK (SKx) | Date | February 1, 2021 |
|---|---|---|---|
| Title | Orlando Garcia v. North America Enterprise Investment Inc., et al. | | |

necessary, upon the Court's final ruling on the motions. The trial estimate will be set at the final pretrial conference.

The Court grants the parties' request to participate in a settlement conference with a member of the ADR Panel. The parties are ordered to have a representative with authority to make final decisions as to this matter present at the settlement conference. If a settlement is reached, the parties are ordered to file a notice of settlement, with a proposed date by which the matter will be dismissed. No appearance will be required on July 12, 2021, if such notice is filed on or before June 25, 2021. If a notice of settlement is not filed, counsel shall file a joint report by June 25, 2021, regarding the status of settlement and whether a second session would be productive. The joint report shall not disclose the substantive contents of any settlement communications between the parties.

**IT IS SO ORDERED.**

: 12

Initials of Preparer    TJ